**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAMPAIGN FOR RESPONSIBLE TRANSPLANTATION,**<br><br>       **Plaintiff,**<br><br>       v.<br><br>**FOOD & DRUG ADMINISTRATION,**<br><br>       **Defendant.** | Civil Action No. 00-2849 (RMU/JMF) |

## ORDER

      Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **attorneys' fees and costs.**

      In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

      Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Rebecca J. Parker, Esq. at 202/354-3135.**


February 2, 2009                                                        /S/
cc:    Counsel                                      JOHN M. FACCIOLA
          Judge                                       UNITED STATES MAGISTRATE JUDGE
          Files
          Chambers