IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAMPAIGN FOR RESPONSIBLE TRANSPLANTATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 00-2849 (RMU) (JMF) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff, the Campaign for Responsible Transplantation, and Defendant, the United States Food and Drug Administration ("FDA"), hereby settle and compromise the above-entitled lawsuit brought under the Freedom of Information Act ("FOIA"), and stipulate and agree to the following provisions:

1. Defendant shall promptly pay $246,000 (two hundred forty six thousand dollars) in attorneys' fees and costs. Payment of this money will be made by electronic funds transfer and counsel for Plaintiff will provide the necessary information to counsel for Defendant to effectuate the transfer. Counsel for Defendant agrees that, upon notification of the Court's entry of this Stipulation and receipt of necessary information from Plaintiff's counsel, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

2. Defendant agrees to waive its right to appeal the Court's January 22, 2009, decision finding CRT entitled to an award of attorneys' fees under FOIA in this case.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceedings that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA requests in this case.

4. This Stipulation of Settlement of All Claims and Issues does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement of All Claims and Issues is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

[remainder of page intentionally blank]

6. Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendant constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(ii). Any and all remaining or appealable issues are waived.

February ---, 2009

/s/
HOWARD M. CRYSTAL,
D.C. Bar No. 446189
KATHERINE A. MEYER,
D.C. Bar No. 244301
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW, Suite 700
Washington, DC 20009
(202) 588-5206

Counsel for Plaintiff

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Alan Burch
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

Counsel for Defendant

**SO ORDERED**, this _____ day of _____ 2009.

_____
United States District Judge

3